```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CAITLIN E. HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RANDY GALVAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | No. CR. S-09-56-EFB |
|                                         ) | |
|            Plaintiff,                   ) | STIPULATION AND ORDER TO VACATE |
|                                         ) | JURY TRIAL AND TO SET HEARING ON |
|     v.                                  ) | MOTION TO SUPPRESS EVIDENCE AND |
|                                         ) | BRIEFING SCHEDULE |
| RANDY GALVAN,                           ) | |
|                                         ) | |
|            Defendant.                   ) | Date:  September 28, 2009 |
|                                         ) | Time:  10:00 a.m. |
| _____   ) | Judge: Hon. Edmund F. Brennan |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, RANDY GALVAN, by counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to vacate the trial confirmation hearing set for July 27, 2009, at 2:00 p.m. and the jury trial set for August 11, 2009 at 9:30 a.m., and set this case for hearing defendant's motion to suppress

1  evidence on September 28, 2009, at 10:00 a.m.
2       The parties agree that the ends of justice served by granting
3  defendant's request for a continuance outweigh the best interest of the
4  public and the defendant in a speedy trial.  The parties stipulate that
5  for the purpose of computing time under the Speedy Trial Act, the Court
6  should exclude time from the date of this order through September 28,
7  2009, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local
8  Code T4].  The parties further stipulate that the Court should exclude
9  time through September 28, 2009, for pretrial motions. 18 U.S.C. § 3161
10 (h)(1)(F) [Local Code E].
11      The parties stipulate to the following briefing schedule:
12      Defendant's Motion due . . . . . . . . . . . . .   August 17, 2009
13      Government's Response due . . . . . . . . . . . September 14, 2009
14      Defendant's Reply due . . . . . . . . . . . .   September 21, 2009
15      Motion Hearing . . . . . . . .   September 28, 2009 at 10:00 a.m.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation and Order

1      The parties agree that the Court may set the jury trial following
2 the motion hearing.
3 Dated:   July 16, 2009
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        _____/s/_____
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RANDY GALVAN


Dated: July 16, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney


                                        _____/s/_____
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney




                                        ORDER

IT IS SO ORDERED.

Dated:   July 21, 2009.                 _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order
-3-