```
LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY GALVAN, ) <br> ) <br> Defendant. ) <br> ) <br>_____) | Cr. No. S-09-00056 <br><br> Stipulation to Continue Briefing Schedule and Hearing and Order <br><br> Date: September 28, 2009 <br> Time:  10:00 a.m. <br> Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between the United States and the defendant, RANDY GALVAN, by and through his undersigned counsel, to continue the briefing schedule as follows:

Defendant's Motion to Suppress----September 28, 2009

Government's Response due---------October 26, 2009

Defendant's Reply, if any, due----November 9, 2009

Motion Hearing--------------------November 16, 2009

The Government requests this continuance because a material witness is unavailable.

///

///

///

The parties agree that time may continue to be excluded from September 28, 2009 to November 16, 2009 pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare.

DATED: August 3, 2009          LAWRENCE G. BROWN
                               United States Attorney


                         By:   /s/Mathew C. Stegman
                               MATTHEW C. STEGMAN
                               Assistant U.S. Attorney


DATED: August 3, 2009          DANIEL J. BRODERICK
                               Federal Defender


                         By:   /s/Mathew C. Stegman For:
                               LAUREN D. CUSICK
                               Staff Attorney
                               Office of the Federal Defender
                               Attorney for Defendant


                    O R D E R

SO ORDERED.

DATED: August 4, 2009          [signature]
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE

2