BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 09-56-EFB |
| Plaintiff, | ORDER DENYING THE DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| RANDY GALVAN, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

   On January 11, 2010, the court held an evidentiary hearing on the defendant's motion to suppress evidence filed on September 28, 2009.  The government called three witnesses: Officer William Bonnat, Mr. William Casale, and Officer David Trojanowski.  The defendant did not call any witnesses.  Officer Bonnat and Mr. Casale testified that Travis Air Force Base at Hospital gate is several yards within the territory of Travis Air Force Base. Officer Trojanowski testified he performed an inventory car search of the defendant's car pursuant to the procedures of Travis Air Force Base.

   After the hearing the court finds that the defendant impliedly consented to search by entering Travis Air Force Base. In the alternative the evidence would have been inevitably

1 discovered due to the Travis Air Force Base Policy on inventory
2 car searches.
3     THEREFORE, The court orders the defendant's Motion to
4 Suppress be denied.

DATED: January _27__, 2010
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By: /s/Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED.

DATED: January 27, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE