DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CAITLIN HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RANDY GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 09-56-EFB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| RANDY GALVAN, ) | Date:  April 13, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Assistant Federal Defender, attorney for Randy Galvan, that the Court vacate the jury trial set for April 13, 2010 at 10:00 a.m.  We respectfully request the court set a change of plea hearing on April 27, 2010 at 10:00 a.m.

////

1     The parties agree that the ends of justice are served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and the defendant in a speedy trial because the parties are
4  negotiating a resolution. 18 U.S.C. § 3161(h)(7)(A).  The parties
5  stipulate that for the purpose of computing time under the Speedy Trial
6  Act, the Court should exclude time from the date of this order through
7  April 27, 2010. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

9  Dated:  April 7, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
11                                      Federal Defender


13                                      /s/ Lauren Cusick
                                        LAUREN CUSICK
14                                      Assistant Federal Defender
                                        Attorney for Defendant
15                                      RANDY GALVAN

16
   Dated: April 7, 2010                 BENJAMIN WAGNER
17                                      United States Attorney

18
                                        /s/ Lauren Cusick for
19                                      MATTHEW STEGMAN
                                        Assistant U.S. Attorney

22                              **O R D E R**

23     **IT IS SO ORDERED.**

24  DATED: April 8, 2010.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order            -2-