DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
REBECCA KAISER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDY GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br> RANDY GALVAN,              )<br>                            )<br>            Defendant.      )<br> _____) | No. Cr.S-09-0056-EFB<br><br>STIPULATION AND ORDER<br><br><br>Date:  August 30, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Randy Galvan, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the sentencing hearing set for July 19, 2010, at 10:00 a.m., and continue the sentencing hearing to August 30, 2010 at 10:00 a.m., due to the

unavailability of defense counsel on July 19, 2010.

Dated:   July 7, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RANDY GALVAN


Dated: July 7, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


                                  ORDER

IT IS SO ORDERED.


Dated: July 9, 2010                      /s/ Edmund F. Brennan
                                        HON. EDMUND F. BRENNAN
                                        United States Magistrate Judge