DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
ETAN ZAITSU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDY GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S-09-0056-EFB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| RANDY GALVAN, | ) | Date: August 30, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Randy Galvan, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the sentencing hearing set for August 30, 2010 at 10:00 a.m., and continue the sentencing hearing to September 20, 2010 at 10:00 a.m., because

more preparation is needed by the defense.

Dated:  August 24, 2010
                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Lauren Cusick
                                LAUREN CUSICK
                                Assistant Federal Defender
                                Attorney for Defendant
                                RANDY GALVAN


Dated:  August 24, 2010         BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


                        ORDER

IT IS SO ORDERED.

Dated:  August 24, 2010.
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order   -2-