DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDY GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S 09-0056 EFB |
| Plaintiff, | ) |
| v. | ) JOINT STIPULATION TO EXTEND SELF-<br>) SURRENDER TWO MONTHS; ORDER |
| RANDY GALVAN, | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. Edmund F. Brennan |

   The defendant, Randy Galvan, was sentenced on September 20, 2010. One of the terms of his sentence was 2 months in BOP custody. Mr. Galvan was ordered to self-surrender on October 20, 2010. Mr. Galvan surrendered as ordered but had some health issues and has been transferred to a local hospital and is now in the ICU. Because he is in custody, the USMS must supply guards and his ability to have family visitors is curtailed. The parties agree that given the nature of this case and his short custody term that it would be best to postpone his sentence. In light of this situation, the parties agree that his self-surrender date should be extended to December 27, 2010. The parties further agree that he should receive credit for 1 day of time he has

1  served.

2  Dated:   October 21, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ *Linda C. Harter*
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        RANDY GALVAN


                                        BENJAMIN WAGNER
                                        U.S. Attorney



                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney



**ORDER**

Good cause appearing, the United States Marshal is directed to release the defendant and the defendant's self-surrender date is extended to December 27, 2010.  The defendant, Randy Galvan, is now ordered to self-surrender to the designated facility, or to the Sacramento USMS office at 501 I Street, by 2 p.m. on that date.  The defendant shall be given credit for the 1 day he has served in custody. All other terms and conditions of his sentence are to remain in full force and effect.

Dated: October 21, 2010.

                                        _____
                                        HONORABLE EDMUND F. BRENNAN
                                        United States Magistrate Judge